**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In Re:   JANET A. PISULA                                         §
                                                                              §            Case No.: 07-30719
                                                                              §
                                                                              §
                                                                              §
                                                                              §
              Debtor(s)                                                §
_____

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Andrea E. Celli, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1)   The case was filed on 07/28/2006.

2)   This case was confirmed on 12/14/2006.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)   The case was completed on 08/03/2011.

6)   Number of months from filing to the last payment:  60

7)   Number of months case was pending:  63

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted: $   117,820.70

10)   Amount of unsecured claims discharged without payment $   81,310.72

11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
========================================================================
| Receipts:                                                             |
|         Total paid by or on behalf of the debtor      $    9,000.00   |
|         Less amount refunded to debtor                $         .00   |
| NET RECEIPTS                                           $    9,000.00   |
========================================================================


========================================================================
| Expenses of Administration:                                           |
|                                                                       |
|         Attorney's Fees Paid through the Plan         $    2,000.00    |
|         Court Costs                                   $         .00    |
|         Trustee  Expenses and Compensation            $      696.91    |
|         Other                                         $         .00    |
|                                                                       |
| TOTAL EXPENSES OF ADMINISTRATION                       $    2,696.91   |
|                                                                       |
| Attorney fees paid and disclosed by debtor            $    1,500.00    |
========================================================================
```

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TOYOTA FINANCIAL | SECURED | 7,520.63 | .00 | .00 | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | 36,373.98 | .00 | .00 | .00 | .00 |
| ABLE MED TRANSPORTAT | UNSECURED | 308.39 | NA | NA | .00 | .00 |
| BECKET & LEE,LLP | UNSECURED | 7,589.89 | .00 | 7,589.89 | 632.09 | .00 |
| BECKET & LEE,LLP | UNSECURED | 2,032.28 | .00 | 2,293.95 | 191.04 | .00 |
| CARTHAGE AREA HOSPIT | UNSECURED | 197.99 | NA | NA | .00 | .00 |
| B-REAL, LLC | UNSECURED | 17,738.31 | .00 | 17,738.31 | 1,476.60 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 13,899.85 | .00 | 17,756.55 | 1,478.14 | .00 |
| CROUSE MEDICAL GROUP | UNSECURED | 866.73 | NA | NA | .00 | .00 |
| CSC LOGIC INC | UNSECURED | 3,451.15 | NA | NA | .00 | .00 |
| NEUROSURGERY MED SVC | UNSECURED | 502.74 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,291.49 | .00 | 2,414.60 | 201.09 | .00 |
| JEFFERSON COUNTY PUB | UNSECURED | 210.00 | .00 | 281.55 | 23.45 | .00 |
| ROUNDUP FUNDING, LLC | UNSECURED | 1,296.61 | .00 | 1,373.28 | 114.36 | .00 |
| AMERICAN EXPRESS | UNSECURED | NA | NA | NA | .00 | .00 |
| MAGNETIC DIAGNOSTIC | UNSECURED | 98.30 | NA | NA | .00 | .00 |
| CARTHAGE AREA HOSP | UNSECURED | NA | NA | NA | .00 | .00 |
| NEUROSURGERY MED SVC | UNSECURED | 427.57 | .00 | 427.57 | 35.61 | .00 |
| UPSTATE MEDICAL ANES | UNSECURED | NA | .00 | 187.00 | 15.57 | .00 |
| PENTAGON FCU | UNSECURED | 10,049.01 | .00 | 10,049.01 | 836.88 | .00 |
| PENTAGON FCU | UNSECURED | 5,950.31 | .00 | 5,950.31 | 495.54 | .00 |
| PHYSICAL MED & REHAB | UNSECURED | 228.50 | NA | NA | .00 | .00 |
| GE MONEY BANK | UNSECURED | 3,280.75 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S(9/01/2009)

```
·==================================================================·
| Scheduled Creditors:                                             |
|                                                                  |
| Creditor              Claim      Claim      Claim     Principal      Int. |
|  Name        Class   Scheduled  Asserted  Allowed      Paid         Paid  |
|                                                                  |
| PENTAGON FCU          UNSECURED       NA        NA         NA         .00      .00 |
| ROUNDUP FUNDING, LLC  UNSECURED   672.19       .00     672.19       55.98      .00 |
| GE MONEY BANK         UNSECURED  1,821.95       NA         NA         .00      .00 |
| ECAST SETLEMENT CORP  UNSECURED   190.74       .00     190.74       15.89      .00 |
| UNIVERSITY HOSP       UNSECURED   100.00        NA         NA         .00      .00 |
| UNIVERSITY PATHOLOGI  UNSECURED     1.69        NA         NA         .00      .00 |
| UPSTATE MEDICAL ANES  UNSECURED   187.00        NA         NA         .00      .00 |
| CHASE                 UNSECURED       NA        NA         NA         .00      .00 |
| WATERTOWN INTERNISTS  UNSECURED   868.00        NA         NA         .00      .00 |
| BAYVEIW LOAN SERVICI  UNSECURED       NA       .00   3,575.44      297.77      .00 |
| ECAST SETTLEMENT COR  UNSECURED       NA       .00   1,850.95      154.15      .00 |
| ECAST SETTLEMENT COR  UNSECURED       NA       .00   3,349.28      278.93      .00 |
| WELLS FARGO BANK      UNSECURED       NA        NA         NA         .00      .00 |
| PORTFOLIO RECOVERY A  UNSECURED       NA        NA         NA         .00      .00 |
| B-LINE, LLC           UNSECURED       NA        NA         NA         .00      .00 |
|                                                                  |
·==================================================================·
```

**UST Form 101-13-FR-S(9/01/2009)**

```
·============================================================· ·
| Summary of Disbursements to Creditors:                                           |   |
|                                                                                  |   |
|                             Claim           Principal          Int.             |   |
|                             Allowed         Paid               Paid             |   |
| Secured Payments:                                                                |   |
|       Mortgage Ongoing                    .00             .00            .00    |   |
|       Mortgage Arrearage                  .00             .00            .00    |   |
|       Debt Secured by Vehicle             .00             .00            .00    |   |
|       All Other Secured                   .00             .00            .00    |   |
| TOTAL SECURED:                            .00             .00            .00    |   |
|                                                                                  |   |
| Priority Unsecured Payments:                                                     |   |
|       Domestic Support Arrearage          .00             .00            .00    |   |
|       Domestic Support Ongoing            .00             .00            .00    |   |
|       All Other Priority                  .00             .00            .00    |   |
| TOTAL PRIORITY:                           .00             .00            .00    |   |
|                                                                                  |   |
| GENERAL UNSECURED PAYMENTS:        75,700.62        6,303.09            .00    |   |
·============================================================· ·


·============================================================· ·
| Disbursements:                                                                   |   |
|                                                                                  |   |
|     Expenses of Administration       $      2,696.91                            |   |
|     Disbursements to Creditors       $      6,303.09                            |   |
|                                                                                  |   |
| TOTAL DISBURSEMENTS:                              $      9,000.00               |   |
·============================================================· ·
```

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:    10/14/2011                     /s/ Andrea  E.  Celli
                                         Andrea  E.  Celli, Chapter  13  Trustee


**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.


**UST Form 101-13-FR-S(9/01/2009)**